Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: 415.255.0462
Facsimile: 415.431.4526
E-mail: rarcases@yahoo.com

Attorney for Plaintiff
PETER JEFFERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| PETER JEFFERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN TUTEUR, et al.,<br><br>　　　　Defendants. | No.　C-04-3419-MHP<br>[USCA No. 06-15406]<br><br>**NOTICE OF SUBSTITUTION AND DESIGNATION OF COUNSEL FOR PLAINTIFF-APPELLANT PETER JEFFERSON**<br>**[DEMAND FOR JURY TRIAL]** |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-Appellant Peter Jefferson hereby substitutes Russell A. Robinson [Law Office of Russell A. Robinson] as his sole and lead counsel in this case for all purposes. Please remove attorney Carleton L. Briggs on all service lists and note that he shall no longer serve as counsel for Plaintiff-Appellant in this case.

Date:　September 4, 2007　　　　　　　　/s/ Russell A. Robinson
　　　　　　　　　　　　　　　　　　　Law Office of Russell A. Robinson
　　　　　　　　　　　　　　　　　　　By:　Russell A. Robinson
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff-Appellant
　　　　　　　　　　　　　　　　　　　PETER JEFFERSON

Date:　September 4, 2007　　　　　　　　/s/ PETER JEFFERSON
　　　　　　　　　　　　　　　　　　　Plaintiff-Appellant PETER JEFFERSON

---

[*Jefferson v. Tuteur, et al. (C-04-3419-MHP)*]
NOTICE OF SUBSTITUTION AND DESIGNATION OF
COUNSEL FOR PLAIN-APP PETER JEFFERSON　　　　　　　　　　　　　　　　　　　　　　P025.SUBST

1    I consent to the above substitution and consent to removal as counsel for Plaintiff-
2 Appellant herein.

4 Date: September 4, 2007                    /s/ Carleton L. Briggs
                                              Carleton L. Briggs

7                     11/2/2007

**IT IS SO ORDERED**

Judge Marilyn H. Patel

*United States District Court, Northern District of California*

---

[*Jefferson v. Tuteur, et al. (C-04-3419-MHP)*]
NOTICE OF SUBSTITUTION AND DESIGNATION OF
COUNSEL FOR PLAIN-APP PETER JEFFERSON            - 2 -                           P025.SUBST